**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-2513-WJM-KMT

CHARLES REINHARDT,
NIKOLAS WINDER, and
SCOTT WINDER, *et al.*

    Plaintiffs,

v.

JOHN SUTHERS,
SHEILA MONTOYA, and
TIMOTHY GRIFFITH, *et al.*,

    Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW
CERTAIN CLAIMS AND DISMISS CERTAIN DEFENDANTS**

---

This matter comes before the Court on the Plaintiffs' Unopposed Motion to Withdraw Certain Claims and Dismiss Certain Defendants, filed March 2, 2014 (ECF No. 108). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

1. The Plaintiffs' Unopposed Motion (ECF No. 108) is GRANTED;

2. Plaintiff Nikolas Winder's Motion for Preliminary Injunction is DENIED AS MOOT (13-cv-2860-WJM-KMT, ECF No. 3);

3. Plaintiff Nikolas Winder's Second Claim for Relief in the Amended Complaint, (ECF No. 81) is DISMISSED WITHOUT PREJUDICE based on counsel's representation that this claim is moot;

4. Plaintiffs Cesar Aceves and Josie Amaya's claim for injunctive relief against the Sex Offender Management Board Defendants and Defendant Tori Kelly is DISMISSED WITHOUT PREJUDICE based on counsel's withdrawal of this claim; and

5. Defendants John Suthers and Timothy Griffith are hereby DISMISSED WITH PREJUDICE as party-Defendants. The Clerk shall terminate these parties and they shall be omitted from the caption in future filings. Each party shall pay his or her own attorney's fees and costs

Dated this 6th day of March, 2014.

BY THE COURT:

William J. Martínez
United States District Judge