IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No:     13-cv-02513-WJM-KMT              Date:   September 25, 2014
   (*Consolidated with* 13–cv–02860–WJM–KMT)
Courtroom Deputy:   Sabrina Grimm                      FTR:    Courtroom C-201

*Parties:*                                             *Counsel:*

CHARLES REINHARDT,                                     Alison Ruttenberg
ROSEANNE BERNARD,
LAURA BERTRAND,
ROBERT GARRETT,
CAROLE GARRETT,
NOEL BERTRAND,
ARMANDO GONZALEZ-CASTILLO,
WILLIAM HART,
MICHELLE DAVIS,
LORETTA MARSH,
DONNA MILLS,
RODEL MIRANDA,
JANE ROE,
K.O.B., (by her next friend and mother Jane Roe),
M.E.B., (by her next friend and mother Jane Roe),
A.M.B., (by her next friend and mother Jane Roe),
E.M.B., (by her next friend and mother Jane Roe),
RICHARD BURNS,
KATHY ROE,
J.D., (by his next friend and mother Kathy Roe),
E.D., (by his next friend and mother Kathy Roe),
M.D., (by his next friend and mother Kathy Roe),
DANNY DANIELS, SR.,
GLENN FISHER,
J.F., (by and through his next friend Cherry Fisher),
L.F., (by and through her next friend Cherry Fisher),
CHERRY FISHER,
NIKOLAS WINDER, and
SCOTT WINDER

    Plaintiffs,

v.

| | |
|---|---|
| MARCELO KOPCOW, | Will Allen |
| RICK RAEMISCH, | Christopher Alber |
| ANDREA BENNETT-BAILY (personal capacity), | |
| SHEILA MONTOYA (official capacity), | |
| ERIN JEMISON, | |
| MARY BAYDARIAN, | |
| CARL BLAKE, | |
| ALLISON BOYD, | |
| A. MERVYN DAVIES, | |
| CHERYL DAVIES, | |
| JESSICA CURTIS, | |
| AMY FITCH, | |
| JEFF GEIST, | |
| MISSY GURSKY, | |
| PEGGY HEIL, | |
| WILLIAM HILDEBRAND, | |
| NANCY JOHNSON, | |
| JEFF JENKS, | |
| DIANNA LWYER-BROOK, | |
| TOM LEVERSEE, | |
| RICHARD BEDNARSKI, | |
| JOHN ODENHEIMER, | |
| JESSICA MEZA, | |
| ANGEL WEANT, | |
| MIMI SCHEUERMANN, | |
| DOUG STEPHENS, and | |
| JOHN AND JANE DOES 1-20, | |

    Defendants.

---

## COURTROOM MINUTES

---

**SCHEDULING CONFERENCE**

**10:40 a.m.     Court in session.**

Court calls case. Appearances of counsel.

Discussion and review of the parties in the case.  Ms. Ruttenberg states all defendants have been served, except for Ronald Murray's parole officer, Stacy Pray.

The parties agree that pursuant to the Order [136] issued by Judge Martinez, the remaining Plaintiffs in the case are Noel Bertrand, Armando Gonzalez-Castillo, William Hart, Loretta Marsh, Donna Mills, Rodel Miranda, Nikolas Winder, Scott Winder, Baruch Bachofer, Brian Baetz, and Ronald Murray.  The remaining Defendants in the case are agreed to be as set forth on the caption of this record of proceedings.

**ORDERED:   Plaintiffs' Unopposed Motion to Correct the Second Amended Complaint and Substitute Correct the Name of the Correct Defendant [140] is WITHDRAWN without prejudice.  Parties shall file a substitute motion to amend, as discussed, on or before October 9, 2014.**

Court advises counsel that Minute Order [142] is moot in light of the withdrawal of [140].

Discussion regarding fourth amendment claims.

Parties agree that initial disclosures will be exchanged by October 30, 2014.

Discussion regarding e-discovery.

Party groups are defined as: 1) Defendant Rich Raemisch; 2) Defendant Sheila Montoya; 3) All other remaining Defendants; 4) Plaintiffs Nikolas and Scott Winder; 5) Brian Baetz; 6) Ronald Murray; and 7) All other remaining Plaintiffs.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Each side shall be limited to 5 depositions, excluding parties and experts.
Depositions shall not exceed 7 hours, without prior agreement or absent leave of court.
Each party group shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission to be exchanged between a given party group and the party group on the opposite side of the case.

Joinder of Parties/Amendment to Pleadings:  November 14, 2014
Discovery Cut-off:     April 1, 2015, except that expert witness depositions may occur up to April 30, 2015.
Dispositive Motions Deadline:   May 30, 2015
Each side shall be limited to 7 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts:   February 2, 2015
Disclosure of Rebuttal Experts:       March 2, 2015

Written Discovery shall be served 33 days prior to the discovery cutoff.

**ORDERED:** **Telephonic Final Pretrial Conference is set for August 25, 2015 at 9:30 a.m. The parties shall initiate a conference call and contact chambers at 303-335-2780 at the time of the Final Pretrial Conference.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven days before the Final Pretrial Conference.**

Trial Preparation Conference and trial dates will be set by District Judge William J. Martinez.

Discussion regarding potential summary judgment motions and protective order.

**Scheduling Order entered.**

**11:26 a.m.     Court in recess.**

Hearing concluded.
Total in-court time:   00:46

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.